FILED

CARLOS AGUIRRE
38587 154th Street East
Palmdale, California 93591
(661) 414-2866 Cell
(661) 367-5252 Fax
prosper4less@hotmail.com
In PRO SE

2011 AUG 22 PM 3:55

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY 

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARLOS AGUIRRE<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>Defendant. | CASE NO: CV11-06907-PSG(JCx)<br><br>**COMPLAINT FOR VIOLATONS OF:**<br><br>1. **THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA);**<br>2. **THE TELEPHONE CONSUMER PROTECTION ACT (TCPA);**<br>3. **THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA).**<br><br>**[JURY TRIAL DEMANDED]** |

1/5
21

## ***ORIGINAL VERIFIED COMPLAINT***

### ***NATURE OF ACTION***

1. This is an action for damages brought by an individual plaintiff for Defendant's violations of the Fair Debt Collection Practices Act 15 U.S.C.A. 1692; Rosenthal Fair Debt Collection Practices Act §1788 (RFDCPA); Telephone Consumer Protection Act 47 U.S.C. § 227.


AUG 2 2 2011
Clerk, Court

2. Plaintiff seeks to recover monetary damages for Defendant's violation of the FDCPA, the TCPA and the RFDCPA, and to have an Order Injunction issued by this Court preventing Defendants from continuing its violative behaviors.

3. Service may be made upon Defendant in any other district in which it may be found pursuant to 29 U.S.C. §1132(e)(2).

***JURISDICTION AND VENUE***

4. Jurisdiction of this case is founded upon 15 U.S.C. 1692k(d) which grants the United States District Courts jurisdiction to hear this action without regard to the amount in controversy; and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367; 28 U.S.C. § 1331, and 28 U.S.C. § 1337, with additional Claims under California State Law. These claims all arise out of the same controversy and sequence of events.

5. Venue is proper pursuant to 28 U.S.C. §1391(b).

6. Plaintiff, Carlos Aguirre, is a natural person and is a resident of the Los Angeles County, State of California.

7. Plaintiff is a consumer as defined by the FDCPA, 15 U.S.C. §1692a(3).

8. Defendant, is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

***FACTUAL ALLEGATIONS***

9. On or about May 12, 2011 thru May 18, 2011 Defendant made at least 4 calls to Plaintiff's cell phone (661-414-2866) before 8:00 am. (Exhibit – A) violating the TCPA, FDCPA and RFDCPA—*see* ***( § 1692 c(a)(1) At any unusual time, unusual place, or unusual time or place known to be inconvenient to the consumer, before 8:00 am or after 9:00 pm.)***

10. Calls at these times are considered harassment. [15 USC 1692c] § 805(a)(1).

11. The FDCPA prohibits debt collectors from "making false or misleading representations and from engaging in various **abusive** and **unfair** **practices**." - in Garcia v. Wachovia Mortg. Corp., 2009.

***COUNT I***

***VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT. 47 U.S.C. § 227***

12. Plaintiff incorporates here each and every allegation set forth above.

13. Defendant violated the Telephone communications act by calling Plaintiff's cell phone (661-414-2866) before 8:00 am.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the TCPA.

b) The TCPA creates a private right of action to obtain an injunction, 47 U.S.C. § 227(b)(3)(A), and to recover the actual monetary damages or $500, whichever is greater. 47 U.S.C. § 227(b)(3)(B). If the court finds that the defendant "willfully or knowingly" violated the TCPA, it may treble the damage award. 47 U.S.C. § 227(b)(3);

c) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

d) Awarding such other and further relief as the Court may deem just and proper.

***COUNT II***

***VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) §1788.***

14. Plaintiff incorporates here each and every allegation set forth above

15. Defendant violated the Rosenthal Fair Debt Collection Practices Act -- by making repeated calls to Plaintiff around or about 6:00 am.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the RFDCPA.

b) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

c) Awarding such other and further relief as the Court may deem just and proper.

***COUNT III***

***FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)***

16. Plaintiff incorporates here each and every allegation set forth above.

17. Defendant's aforementioned conduct violated the FDCPA § 1692d -- Any conduct the natural consequence of which is to harass, oppress, or abuse any Person.

18. Defendant have violated § 1692c(a)(1) -- At any unusual time, unusual place, or unusual time or place known to be inconvenient to the consumer, before 8:00 am or after 9:00 pm.

19. Defendant has committed at least 4 separate violations of § 1692 c(a)(1)

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the FDCPA § 1692c(a)(1).

b) Plaintiff demands judgment for damages against Defendants for actual or statutory damages, and punitive damages, attorney's fees and costs.

***TRIAL BY JURY***

Plaintiff is entitled to and hereby demands a trial by jury.

**Respectfully submitted** 8-22-2011

***Carlos Aguirre, Pro Per***
38587 154th Street East
Palmdale, California 93591
(661) 414-2866 Cell
(661) 367-5252 Fax
prosper4less@hotmail.com

///
///
///
///
///
///
///
///
///
///

# Exhibit - A

verizonwireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 0981709349 | 470533187-00001 | Past Due | 5 of 41 |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| CA State 911 Fee | .47 |
| CA State High Cost Fund (B) | .21 |
| CA Teleconnect Fund Surchg | .06 |
| Lifeline Surcharge – CA | .84 |
| CA Relay Srvc/Comm Device Fund | .14 |
| Los Angeles Cnty UUT | 5.35 |
| | **$7.07** |
| **Total Current Charges for 661-414-2866** | **$163.86** |

# Detail for Luis Aguirre: 661-414-2866

## Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/12 | 6:04A | 866-234-8387 | Peak | PlanAllow | Pearblosso CA | Toll-Free CL | 1 | — | — | — |
| 5/12 | 6:19A | 866-234-8387 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 7 | — | — | — |
| 5/12 | 8:22A | 503-403-2691 | Peak | PlanAllow | Palmdale CA | Beaverton OR | 1 | — | — | — |
| 5/12 | 9:32A | 503-403-2691 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | — | — | — |
| 5/12 | 12:09P | 661-964-8486 | Peak | M2MAllow | Pearblosso CA | Snca Nhcs CA | 1 | — | — | — |
| 5/12 | 12:11P | 503-403-2691 | Peak | PlanAllow | Pearblosso CA | Beaverton OR | 1 | — | — | — |
| 5/12 | 12:13P | 877-487-5583 | Peak | PlanAllow | Palmdale CA | Toll-Free CL | 1 | — | — | — |
| 5/12 | 12:42P | 661-964-8486 | Peak | M2MAllow | Pearblosso CA | Snca Nhcs CA | 1 | — | — | — |
| 5/12 | 12:55P | 877-630-5816 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | — | — | — |
| 5/12 | 1:09P | 800-299-0204 | Peak | PlanAllow | Littlerock CA | Toll-Free CL | 1 | — | — | — |
| 5/12 | 1:51P | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Snfn Snfn CA | 8 | — | — | — |
| 5/12 | 2:05P | 661-775-6257 | Peak | PlanAllow | Pearblosso CA | Snca Nhcs CA | 1 | — | — | — |
| 5/12 | 2:08P | 661-904-9569 | Peak | M2MAllow | Littlerock CA | Snca Nhcs CA | 1 | — | — | — |
| 5/12 | 2:36P | 661-775-7689 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 21 | — | — | — |
| 5/12 | 2:56P | 818-741-6162 | Peak | PlanAllow | Littlerock CA | Snfn Snfn CA | 1 | — | — | — |
| 5/12 | 3:00P | 661-775-7689 | Peak | PlanAllow | Pearblosso CA | Snca Nhcs CA | 1 | — | — | — |
| 5/12 | 3:01P | 323-702-0098 | Peak | PlanAllow | Pearblosso CA | Lsan DA 12 CA | 5 | — | — | — |
| 5/12 | 3:06P | 661-526-7496 | Peak | PlanAllow | Littlerock CA | Pkdl Pkdl CA | 3 | — | — | — |
| 5/12 | 3:09P | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Snfn Snfn CA | 3 | — | — | — |
| 5/12 | 3:13P | 818-741-6162 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | — | — | — |
| 5/12 | 3:14P | 661-526-7496 | Peak | PlanAllow | Palmdale CA | Pkdl Pkdl CA | 2 | — | — | — |
| 5/12 | 3:39P | 661-775-5608 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 2 | — | — | — |
| 5/12 | 4:03P | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 3 | — | — | — |
| 5/12 | 6:47P | 256-270-1086 | Peak | PlanAllow | Pearblosso CA | Huntsville AL | 25 | — | — | — |
| 5/12 | 7:17P | 818-361-8081 | Peak | PlanAllow | Palmdale CA | Snfn Snfn CA | 1 | — | — | — |
| 5/12 | 7:44P | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 8 | — | — | — |
| 5/12 | 7:59P | 818-384-1279 | Peak | PlanAllow | Pearblosso CA | Van Nuys CA | 2 | — | — | — |
| 5/12 | 9:06P | 724-444-7444 | Off-Peak | N&W | Littlerock CA | Gibsonia PA | 102 | — | — | — |
| 5/12 | 11:35P | 661-904-9569 | Off-Peak | N&W | Pearblosso CA | Snca Nhcs CA | 1 | — | — | — |
| 5/12 | 11:36P | 661-904-9569 | Off-Peak | N&W | Palmdale CA | Snca Nhcs CA | 1 | — | — | — |
| 5/13 | 8:21A | 661-917-9674 | Peak | PlanAllow | Pearblosso CA | Lancaster CA | 2 | — | — | — |

Order #: 4201 Copy #: 01 Control #: 30000536-00010963

## Detail for Luis Aguirre: 661-414-2866

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/14 | 11:15A | 818-898-0050 | Off-Peak | N&W | Pearblosso CA | Snfn Snfn CA | 1 | -- | -- | -- |
| 5/14 | 11:16A | 818-898-0058 | Off-Peak | N&W | Pearblosso CA | Snfn Snfn CA | 10 | -- | -- | -- |
| 5/14 | 11:53A | 818-741-6162 | Off-Peak | N&W | Palmdale CA | Snfn Snfn CA | 5 | -- | -- | -- |
| 5/14 | 11:59A | 818-741-6162 | Off-Peak | N&W | Pearblosso CA | Snfn Snfn CA | 1 | -- | -- | -- |
| 5/14 | 5:20P | 661-904-7805 | Off-Peak | N&W | Littlerock CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/14 | 5:21P | 661-904-6805 | Off-Peak | N&W | Pearblosso CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/14 | 5:22P | 661-904-7805 | Off-Peak | N&W | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/14 | 5:30P | 661-904-6805 | Off-Peak | N&W | Palmdale CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/14 | 6:26P | 661-904-6805 | Off-Peak | N&W | Sylmar CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/14 | 6:27P | 661-904-9569 | Off-Peak | N&W | Sylmar CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/14 | 6:28P | 661-904-6805 | Off-Peak | N&W | Sylmar CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/14 | 6:34P | 714-497-7430 | Off-Peak | N&W | Pacoima CA | Orange CA | 1 | -- | -- | -- |
| 5/14 | 7:07P | 818-200-3232 | Off-Peak | N&W | Sylmar CA | No Hollywd CA | 1 | -- | -- | -- |
| 5/14 | 8:35P | 661-964-8486 | Off-Peak | N&W | San Fernan CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/14 | 8:37P | 661-964-8486 | Off-Peak | N&W | Sylmar CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/14 | 8:50P | 661-964-8486 | Off-Peak | N&W | Sylmar CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/15 | 12:58P | 661-350-6778 | Off-Peak | N&W | Pearblosso CA | Pldl Pldl CA | 2 | -- | -- | -- |
| 5/15 | 1:00P | 661-965-6035 | Off-Peak | N&W | Pearblosso CA | Incoming CL | 2 | -- | -- | -- |
| 5/15 | 2:06P | 818-741-6162 | Off-Peak | N&W | Pearblosso CA | Snfn Snfn CA | 1 | -- | -- | -- |
| 5/15 | 3:07P | Unavailable | Off-Peak | N&W | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/15 | 3:51P | 661-964-8486 | Off-Peak | N&W | Pearblosso CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/15 | 4:25P | 866-579-8583 | Off-Peak | N&W | Llano CA | Incoming CL | 1 | -- | -- | -- |
| 5/15 | 4:35P | 724-444-7444 | Off-Peak | N&W | Palmdale CA | Gibsonia PA | 11 | -- | -- | -- |
| 5/15 | 4:54P | 724-444-7444 | Off-Peak | N&W | Pearblosso CA | Gibsonia PA | 3 | -- | -- | -- |
| 5/15 | 5:01P | 818-741-6162 | Off-Peak | N&W | Pearblosso CA | Snfn Snfn CA | 1 | -- | -- | -- |
| 5/15 | 5:02P | 724-444-7444 | Off-Peak | N&W | Littlerock CA | Gibsonia PA | 79 | -- | -- | -- |
| 5/15 | 8:38P | 818-652-9562 | Off-Peak | N&W | Palmdale CA | Van Nuys CA | 1 | -- | -- | -- |
| 5/15 | 8:40P | 818-652-9562 | Off-Peak | N&W | Pearblosso CA | Incoming CL | 3 | -- | -- | -- |
| 5/15 | 9:45P | 661-904-9569 | Off-Peak | N&W | Palmdale CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/15 | 9:59P | 661-298-5550 | Off-Peak | N&W | Palmdale CA | Snca Sgcc CA | 1 | -- | -- | -- |
| 5/15 | 10:32P | 661-298-5550 | Off-Peak | N&W | Palmdale CA | Incoming CL | 8 | -- | -- | -- |
| 5/16 | 6:09A | 888-727-8075 | Peak | PlanAllow | Pearblosso CA | Toll-Free CL | 1 | -- | -- | -- |
| 5/16 | 8:46A | 818-652-9562 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/16 | 8:54A | 800-288-2020 | Peak | PlanAllow | Pearblosso CA | Toll-Free CL | 16 | -- | -- | -- |
| 5/16 | 10:47A | 661-298-5550 | Peak | PlanAllow | Santa Clar CA | Snca Sgcc CA | 1 | -- | -- | -- |
| 5/16 | 10:53A | 661-718-5354 | Peak | PlanAllow | Sylmar CA | Incoming CL | 2 | -- | -- | -- |
| 5/16 | 12:01P | 661-964-8486 | Peak | M2MAllow | San Fernan CA | Incoming CL | 1 | -- | -- | -- |
| 5/16 | 12:03P | 661-492-0690 | Peak | PlanAllow | San Fernan CA | Lancaster CA | 3 | -- | -- | -- |
| 5/16 | 2:29P | 714-918-1647 | Peak | PlanAllow | Upland CA | Incoming CL | 2 | -- | -- | -- |
| 5/16 | 2:33P | 909-660-8464 | Peak | PlanAllow | Upland CA | Upland CA | 1 | -- | -- | -- |
| 5/16 | 2:34P | 909-982-0123 | Peak | PlanAllow | Upland CA | Upland CA | 3 | -- | -- | -- |
| 5/16 | 2:39P | 818-483-5795 | Peak | PlanAllow | Upland CA | Agoura CA | 1 | -- | -- | -- |
| 5/16 | 3:05P | 661-964-8486 | Peak | M2MAllow | Upland CA | Incoming CL | 1 | -- | -- | -- |
| 5/1[illegible] | 3:13P | 909-660-[illegible] | Peak | PlanAllow | Upland CA | Upland CA | [illegible] | -- | -- | -- |
| 5/16 | 3:35P | 661-964-8486 | Peak | M2MAllow | Upland CA | Snca Nhcs CA | 1 | -- | -- | -- |


Order #: 4201 Copy #: 01 Control #:30000536-00010662

verizonwireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 0981709349 | 470533187-00001 | Past Due | 9 of 41 |

## Detail for Luis Aguirre: 661-414-2866

Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/18 | 6:02A | 888-727-8075 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 10:17A | 661-718-5354 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 2 | -- | -- | -- |
| 5/18 | 11:04A | 818-419-3759 | Peak | M2MAllow | Pearblosso CA | Incoming CL | 3 | -- | -- | -- |
| 5/18 | 11:34A | 877-487-5583 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 11:45A | 661-274-2800 | Peak | PlanAllow | Littlerock CA | Palmdale CA | 1 | -- | -- | -- |
| 5/18 | 11:45A | 661-274-2800 | Peak | PlanAllow | Pearblosso CA | Palmdale CA | 2 | -- | -- | -- |
| 5/18 | 11:47A | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Snfn Snfn CA | 7 | -- | -- | -- |
| 5/18 | 11:54A | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 11:55A | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Snfn Snfn CA | 1 | -- | -- | -- |
| 5/18 | 12:03P | 661-264-2007 | Peak | PlanAllow | Palmdale CA | Pldl Pldl CA | 1 | -- | -- | -- |
| 5/18 | 12:03P | 661-350-6008 | Peak | PlanAllow | Palmdale CA | Pldl Pldl CA | 2 | -- | -- | -- |
| 5/18 | 12:04P | 818-979-4122 | Peak | PlanAllow,CallWait | Ontario CA | Incoming CL | 2 | -- | -- | -- |
| 5/18 | 12:07P | 661-904-6805 | Peak | M2MAllow | Pearblosso CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/18 | 12:10P | 402-403-1788 | Peak | PlanAllow | Pearblosso CA | Omaha NE | 1 | -- | -- | -- |
| 5/18 | 12:12P | 661-904-9569 | Peak | M2MAllow | Palmdale CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/18 | 12:13P | 402-403-1788 | Peak | PlanAllow,CallWait | Ontario CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 12:23P | 818-979-4122 | Peak | PlanAllow | Pearblosso CA | Snfn Snfn CA | 2 | -- | -- | -- |
| 5/18 | 12:25P | 661-350-6008 | Peak | PlanAllow,CallWait | Pearblosso CA | Incoming CL | 7 | -- | -- | -- |
| 5/18 | 12:58P | 701-509-8549 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 1:21P | 818-483-5795 | Peak | PlanAllow | Pearblosso CA | Agoura CA | 1 | -- | -- | -- |
| 5/18 | 1:49P | 661-816-8190 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 1:55P | 661-816-8190 | Peak | PlanAllow | Pearblosso CA | Palmdale CA | 2 | -- | -- | -- |
| 5/18 | 2:07P | 562-335-1905 | Peak | PlanAllow | Palmdale CA | Long Beach CA | 1 | -- | -- | -- |
| 5/18 | 2:14P | 562-335-1905 | Peak | PlanAllow | Palmdale CA | Long Beach CA | 1 | -- | -- | -- |
| 5/18 | 2:16P | 661-904-9569 | Peak | M2MAllow | Pearblosso CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/18 | 2:29P | 800-440-4780 | Peak | PlanAllow | Llano CA | Toll-Free CL | 9 | -- | -- | -- |
| 5/18 | 2:40P | 661-264-4098 | Peak | PlanAllow | Palmdale CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 3:38P | 661-718-5354 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 3:53P | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 3:54P | 818-741-6162 | Peak | PlanAllow | Pearblosso CA | Snfn Snfn CA | 3 | -- | -- | -- |
| 5/18 | 6:28P | 888-727-8075 | Peak | PlanAllow | Littlerock CA | Incoming CL | 1 | -- | -- | -- |
| 5/18 | 10:13P | 661-298-5550 | Off-Peak | N&W | Pearblosso CA | Snca Sgcc CA | 2 | -- | -- | -- |
| 5/18 | 10:16P | 661-904-9569 | Off-Peak | N&W | Pearblosso CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/19 | 1:36A | 631-332-5066 | Off-Peak | N&W | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/19 | 10:23A | 661-964-8486 | Peak | M2MAllow | Pearblosso CA | Snca Nhcs CA | 1 | -- | -- | -- |
| 5/19 | 10:30A | 213-626-6102 | Peak | PlanAllow | Pearblosso CA | Losangeles CA | 6 | -- | -- | -- |
| 5/19 | 2:54P | 818-741-6162 | Peak | PlanAllow | Palmdale CA | Snfn Snfn CA | 6 | -- | -- | -- |
| 5/19 | 5:16P | 800-544-0401 | Peak | PlanAllow | Littlerock CA | Toll-Free CL | 1 | -- | -- | -- |
| 5/19 | 5:16P | 800-544-0401 | Peak | PlanAllow | Pearblosso CA | Toll-Free CL | 1 | -- | -- | -- |
| 5/19 | 5:19P | 661-718-5354 | Peak | PlanAllow | Pearblosso CA | Incoming CL | 1 | -- | -- | -- |
| 5/19 | 5:38P | 661-718-5354 | Peak | PlanAllow | Pearblosso CA | Lancaster CA | 11 | -- | -- | -- |
| 5/19 | 6:09P | 218-844-3388 | Peak | PlanAllow | Pearblosso CA | Detroitlks MN | 6 | -- | -- | -- |
| 5/19 | 6:15P | 724-444-7222 | Peak | PlanAllow | Pearblosso CA | Gibsonia PA | 1 | -- | -- | -- |
| 5/19 | 6:15P | 724-444-7444 | Peak | Friends & Family | Pearblosso CA | Gibsonia PA | 3 | -- | -- | -- |
| 5/19 | 6:54P | 724-444-7444 | Peak | Friends & Family | Palmdale CA | Gibsonia PA | 24 | -- | -- | -- |

# ***Affidavit of Calls***

**STATE OF CALIFORNIA )**
**) SS**
**C OUNTY OF LOS ANGELES )**

***I, Carlos Aguirre being first duly sworn on oath deposes and says that he is an adult and resides at 38587 154th St. East, Palmdale, CA 93591.***

1. On or about May 12, 2011 thru May 18, ALLY FINANCIAL, INC. made at least 4 calls (Exhibit – A) violating the TCPA and FDCPA-- by calling Carlos Aguirre's cell phone (661-414-2866) before 8:00 am.
2. First call on 05/12/2011 at 6:04 am from 866-234-8387.
3. Second call on 05/12/2011 at 6:19 am from 866-234-8387.
4. Third call on 05/16/2011 at 6:09 am from 888-727-8075.
5. Fourth call on 05/18/2011 at 6:02 am from 888-727-8075.

***I, Carlos Aguirre certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.***

*Carlos Aguirre* [signature]

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )SS

On August 22, 2011 , before me, Gail P. Zimmerman a notary public appeared, Carlos Aguirre who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature [signature: Gail P. Zimmerman]

GAIL P. ZIMMERMAN
Commission # 1911947
Notary Public - California
Los Angeles County
My Comm. Expires Nov 29, 2014

# ***Verification***

In Witness, Whereof, Knowing the law of bearing false witness before God and Men, I Solemnly aver the above is true and correct and is presented to the Defendant in good faith and is not interposed for the purpose of delay or any other purpose with which I, the Plaintiff, have herein stated and declared.

That I have further read the above Complaint and know the contents thereof to be true; and the same is true of my own knowledge, except to the matters which are therein stated on my information and belief, and as to those matters I believe them to be true.

Dated: 8-22-2011

By: ______________

*Carlos Aguirre,* Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

**CV11- 6907 PSG (JCx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
CARLOS AGUIRRE
38587 154th Street East
Palmdale, California 93591
(661) 414-2866 Cell

FOR OFFICE USE ONLY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AGUIRRE<br>PLAINTIFF(S)<br>v.<br>ALLY FINANCIAL, INC.<br>DEFENDANT(S). | CASE NUMBER<br>CV11-06907-PSG(JCx)<br><br>**SUMMONS** |

TO: DEFENDANT(S): ALLY FINANCIAL INC.

FOR OFFICE USE ONLY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, CARLOS AGUIRRE, whose address is 38587 154th Street East, Palmdale, California 93591. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: AUG 2 2 2011

By: ANDRES PEDRO
Deputy Clerk

(Seal of the Court)
1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
CARLOS AGUIRRE

**DEFENDANTS**
ALLY FINANCIAL, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
CARLOS AGUIRRE
38587 154th Street East
Palmdale, California 93591. (661) 414-2866 Cell

Attorneys (If Known)
C T CORPORATION SYSTEM
818 W SEVENTH ST
LOS ANGELES CA 90017

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** TO BE DETERMINED

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 VIOLATION OF THE FAIR DEBT PRACTICES ACT

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☑ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV11-06907-PSG (JCx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | MICHIGAN |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** 8-22-2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |